UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| **MARLIN THOMAS** | * | **CIVIL ACTION NO.  15-0026** |
| **VERSUS** | * | **JUDGE S. MAURICE HICKS** |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED that plaintiff's motion for summary judgment [doc. # 18] is DENIED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision is AFFIRMED, and this matter DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED this   11th   day of   March   2016, Shreveport, Louisiana.

_____
S. MAURICE HICKS
UNITED STATES DISTRICT JUDGE